UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Andris Kurins, individually and as a Shareholder of, Silverseal Corporation,

Plaintiff,

-v-

John Silverman and Alan Serrins,

Defendant.

Case No._____

**Rule 7.1 Statement**

---

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Defendants__   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** July 31, 2008

*Signature of Attorney*

**Attorney Bar Code:** AG-3406