UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANDRIS KURINS, individually and as a Shareholder
of, SILVERSEAL CORPORATION,                          Case No. 08-CIV-6886

                         Plaintiff,                  ECF Case

        -against-

JOHN SILVERMAN and ALAN SERRINS,

                         Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK          )

COUNTY OF NEW YORK         ) ss.:

        JENNIFER SY LOPEZ, being duly sworn, deposes and says:

        I am employed by the firm of Garvey Schubert Barer, attorneys for Defendants; I am not
a party to the above action; I am over 18 years of age and reside at Staten Island, New York.  On
August 8, 2008, I served the annexed **NOTICE OF MOTION AND AFFIDAVIT IN
SUPPORT OF MOTION TO DISMISS (and Exhibits thereto)** via EMAIL AND FEDERAL
EXPRESS to the following email address:

                         Judd Burstein, Esq.
                         Judd Burnstein, PC
                      1790 Broadway, Suite 1501
                        New York, NY 10019
                        Tel:  212-974-2400


                                    _____
                                           Jennifer Sy Lopez

Sworn to before me this
8TH day of August 2008

_____
Notary Public

            MAUREEN LOOK
    Notary Public, State of New York
            No. 01LO6152568
        Qualified in New York County
    Commission Expires 9/18/20 _____

NY_DOCS:601552.1