UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANDRIS KURINS, individually and as a Shareholder
of, SILVERSEAL CORPORATION,

                  Plaintiff,

-against-

JOHN SILVERMAN and ALAN SERRINS,

                  Defendants.
------------------------------------------------------------------x

Case No. 08-CIV-6886

ECF Case

STATE OF NEW YORK      )

COUNTY OF NEW YORK   ) ss.:

      JENNIFER SY LOPEZ, being duly sworn, deposes and says:

      I am employed by the firm of Garvey Schubert Barer, attorneys for Defendants; I am not a party to the above action; I am over 18 years of age and reside at Staten Island, New York. On August 8, 2008, I served the annexed **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS** via EMAIL AND FEDERAL EXPRESS to the following email address:

                  Judd Burstein, Esq.
                  Judd Burnstein, PC
              1790 Broadway, Suite 1501
                New York, NY 10019
                  Tel: 212-974-2400

                            _____
                                Jennifer Sy Lopez

Sworn to before me this
8TH day of August 2008

_____
Notary Public

           **MAUREEN LOOK**
    **Notary Public, State of New York**
            **No. 01LO6152568**
      **Qualified in New York County**
    **Commission Expires 9/18/20__**

NY_DOCS:601552.2