UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANDRIS KURINS, individually and as a Shareholder of,
SILVERSEAL CORPORATION,

                              *Plaintiff,*

      – against –

JOHN SILVERMAN and ALAN SERRINS,

                             *Defendants.*
------------------------------------------------------------------------X

Hon. Laura T. Swain

08-CIV-6886 (LTS)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Judd Burstein, P.C., appears in this action as attorneys for Plaintiff ANDRIS KURINS, individually and as a Shareholder of SILVERSEAL CORPORATION.

      I further certify that I am registered for Electronic Case Filing.

Dated: New York, New York
       August 11, 2008

                                          Yours, etc.,

                                          JUDD BURSTEIN, P.C.,

                         By:    Judd Burstein (JB-9585)
                               1790 Broadway, Suite 1501
                               New York, New York 10019
                               Tel.: (212) 974-2400
                               Fax: (212) 974-2944
                               *Attorneys for Plaintiff Andris Kurins*

TO:    GARVEY SCHUBERT BARER
         100 Wall Street, 20th Floor
         New York, New York 10005
         Tel.: (212) 965-4534
         *Attorneys for Defendants John Silverman and Alan Serrins*