UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ANDRIS KURINS, individually and as a Shareholder of,
SILVERSEAL CORPORATION,

                *Plaintiff,*

      – against –

JOHN SILVERMAN and ALAN SERRINS,

                *Defendants.*
-------------------------------------------------------------------------X

Hon. Laura T. Swain

08-CIV-6886 (LTS)

**DEMAND FOR A JURY TRIAL**

      **PLEASE TAKE NOTICE**, that pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff ANDRIS KURINS, individually and as a Shareholder of SILVERSEAL CORPORATION, hereby demands a jury trial in the above-captioned action.

Dated: New York, New York
       August 11, 2008

                                    Yours, etc.,

                                    JUDD BURSTEIN, P.C.,

             By:    Judd Burstein (JB-9585)
                    1790 Broadway, Suite 1501
                    New York, New York 10019
                    Tel.: (212) 974-2400
                    Fax: (212) 974-2944
                    *Attorneys for Plaintiff Andris Kurins*

TO:    GARVEY SCHUBERT BARER
        100 Wall Street, 20th Floor
        New York, New York 10005
        Tel.: (212) 965-4534
        *Attorneys for Defendants John Silverman
        and Alan Serrins*