UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

ANDRIS KURINS, individually and as a Shareholder of,
SILVERSEAL CORPORATION,

Hon. Laura T. Swain

*Plaintiff,*

08-CIV-6886 (LTS)

– against –

JOHN SILVERMAN and ALAN SERRINS,

**<u>AFFIDAVIT OF SERVICE</u>**

*Defendants.*

-------------------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**NAIMA MCFARLAND**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in Bronx, New York.  That on the 12th day of August, 2008, I served a true copy of the within **SUMMONS and attached COMPLAINT**

Upon:        **Alan Serrins, Esq.**
               233 Broadway, 18th Floor
               New York, New York 10279

the **Defendant** herein named, by delivering 1 (one) true copy of such to personally upon Alan Serrins, Esq,..

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

SEX: Male              EYES: Brown              HAIR: Brown
APP. AGE: 42           APP. HT: 5' 8"           APP. WT: 166 lbs.

Deponent further says: that at the time of such service I knew the person so served as aforesaid to be the same person described in the aforementioned **SUMMONS and attached COMPLAINT**.

Sworn to before me this
12th day of August, 2008

_____
Notary Public

_____
**NAIMA MCFARLAND**

LINDSEY BETH RODGERS
Notary Public, State of New York
No. 02RO6184428
Qualified in NEW YORK County
Commission Expires 03/31/2012