UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANDRIS KURINS, individually and as a Shareholder of, SILVERSEAL CORPORATION,

                Plaintiff,

-against-

JOHN SILVERMAN and ALAN SERRINS,

                Defendants.
------------------------------------------------------------------x

Case No. 08-CIV-6886
(LTS)(GWG)

ECF Case

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
COUNTY OF NEW YORK   ) ss.:

      JENNIFER SY LOPEZ, being duly sworn, deposes and says:

      I am employed by the firm of Garvey Schubert Barer, attorneys for Defendants; I am not a party to the above action; I am over 18 years of age and reside at Staten Island, New York. On August 18, 2008, I served the annexed **ORDER WITH NOTICE OF ENTRY** via EMAIL AND FIRST CLASS MAIL to the following email address:

                Judd Burstein, Esq.
                Judd Burnstein, PC
             1790 Broadway, Suite 1501
               New York, NY 10019
               jburstein@burlaw.com

                                _____
                                    Jennifer Sy Lopez

Sworn to before me this
18TH day of August 2008

_____
Notary Public

Meryl Kalmus
Notary Public, State of New York
No. 01KA6096813
Qualifies in New York County
Commission Expires August 11, 2011

NY_DOCS:601552.3