STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

        Paul Guzman, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Rego Park, New York; that on the 26th day of August, 2008, deponent served the within Plaintiff's Rico Statement

Upon:

        GARVEY SCHUBERT BARER
        Andrew J. Goodman, Esq.
        100 Wall Street, 20th Floor
        New York, New York 10005
        (212) 965-4534

personally, by hand delivering a true copy thereof through N.Y. Minute Messenger & Tracking Service and by Electronic mail via ECF Notice.

_____
Paul Guzman

Sworn to before me this
26th day of August, 2008

_____
Notary Public

LINDSEY BETH RODGERS
Notary Public, State of New York
No. 02RO6184428
Qualified in NEW YORK County
Commission Expires 03/31/2012